UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:                                        CHAPTER 13
                                             CASE NO: 09-31829-JPS

MICHAEL W. SWEET
BARBARA SWEET
       DEBTORS

MICHAEL W. SWEET
BARBARA SWEET
       OBJECTING PARTIES

VS.

INTERNAL REVENUE SERVICE
       RESPONDENT

NOTICE

MICHAEL W. SWEET AND BARBARA SWEET HAVE FILED AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE.

**YOUR CLAIM MAY BE REDUCED, MODIFIED OR ELIMINATED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

IF YOU DO NOT WANT THE COURT TO ELIMINATE OR CHANGE YOUR CLAIM, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN RESPONSE TO THE OBJECTION ON OR BEFORE   SEPTEMBER 20, 2010            .

IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** IT ON OR BEFORE THE DATE STATED ABOVE.

ANY RESPONSE MUST ALSO BE MAILED TO THE OBJECTING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

IF NO OBJECTION IS FILED, THEN THE RELIEF SOUGHT MAY BE GRANTED BY THE COURT WITHOUT A HEARING. IF YOU FILE A RESPONSE OR OBJECTION TO THE DEBTORS' OBJECTION TO CLAIM, THEN THE HEARING DESCRIBED BELOW WILL BE HELD, AND YOU AND/OR YOUR ATTORNEY MUST ATTEND THE HEARING ON THE DEBTORS' OBJECTION TO CLAIM AND YOUR OBJECTION. **YOU MUST BOTH FILE AN OBJECTION AND ATTEND THE HEARING ON THE DEBTORS' OBJECTION TO CLAIM IF YOU WISH TO BE HEARD ON THIS MATTER.**

IF YOU FILE A TIMELY RESPONSE OR OBJECTION, THE HEARING ON THE DEBTORS' OBJECTION TO CLAIM AND ANY OBJECTIONS TO SAME SHALL BE HEARD ON   OCTOBER 6, 2010   AT    1:30 P.M.    IN U.S. COURTROOM-ATHENS, U.S. POST OFFICE BUILDING, 115 E. HANCOCK AVENUE, ATHENS, GA 30601.

ANY OBJECTION/RESPONSE MUST ALSO BE TRANSMITTED TO THE DEBTOR(S), THE UNDERSIGNED ATTORNEY FOR THE DEBTOR(S) AND THE CASE TRUSTEE.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE OBJECTION TO YOUR CLAIM AND ENTER AN ORDER SUSTAINING THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

DATED:   8/20/2010                         /S/ CHRIS R. MORGAN
                                           CHRIS R. MORGAN
                                           ATTORNEY FOR DEBTORS
                                           STATE BAR NO: 522102
                                           1090-C FOUNDERS BLVD
                                           ATHENS, GA 30606
                                           (706)548-7070

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

IN RE:  Chapter 13
    Case No: 09-31829-JPS

Michael W. Sweet
Barbara Sweet
    Debtors

Michael W. Sweet
Barbara Sweet
    Objecting Parties

vs.

Internal Revenue Service
    Respondent

## OBJECTION TO CLAIM

NOW COME the Debtors in the above-referenced action and objects to the following claims:

Claim filed on behalf of the Internal Revenue Service in the amount of $76,926.17, which is designated as Claim #4 by the Court.

The basis of Debtors' objection is as follows:

1.

On or about December 4, 2009, the IRS filed a proof of claim in the amount of $76,926.17, which has been designated as claim number 4 by the Court.

2.

Said claim filed by the Internal Revenue Service includes estimated amounts for tax periods 06/30/2006, 09/30/2006, 12/31/2006, 06/30/2007, and 09/30/2007 labeled as "WT-FICA."

3.

The total amount claimed for the above-referenced tax periods is $19,819.41 and includes $3079.25 in accrued interest.  This amount is designated in the proof of claim as unsecured priority debt.

4.

These estimated amounts labeled as "WT-FICA" in the proof of claim of the Internal Revenue Service are presumably for withholding tax related to employee payroll for the Mike Sweet Agency.

5.

Debtors do own and operate the Mike Sweet Agency.  However, the business had no employees during the above-referenced tax periods and owed no withholding tax.

WHEREFORE, Debtors pray:  (a) that a hearing be scheduled on this matter; (b) that the proof of claim filed by the Internal Revenue Service be amended to remove the amount of $19,819.41 from the unsecured priority total; this representing the sum of the estimated taxes for tax periods 06/30/2006, 09/30/2006, 12/31/2006, 06/30/2007 and

09/30/2007; (c) for such other and further relief as the Court may deem

just and proper.

<u>/s/ CHRIS R. MORGAN</u>
CHRIS R. MORGAN
Attorney for Debtors
State Bar No: 522102

CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the above and foregoing Notice and Objection to Claim upon the parties listed below and the Trustee by placing a true and correct copy of the same in the U.S. Mail, properly addressed and with sufficient postage affixed thereon to insure delivery to:

Internal Revenue Service
 - District Director
P.O. Box 1082
Atlanta, GA  30370

Internal Revenue Service
401 West Peachtree Street, NW
Stop 334-D
Atlanta, GA  30308-3539

U.S. Attorney General
Main Justice Building
10th and Constitution Avn., NW
Washington, DC  20530

Tony Coy
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA  31202

Bernard Snell
Assistant U.S. Attorney
Middle District of GA
P.O. Box U
Macon, GA  31201

Internal Revenue Service
Bankruptcy/Insolvency
P.O. Box 21126
Philadelphia, PA 19114

Steven Shapiro, Chief - Tax Division
Civil Trial Section
Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, DC  20044

This  20th  day of   August  , 2010.

/s/ CHRIS R. MORGAN
CHRIS R. MORGAN
Attorney for Debtors
State Bar No:  522102
1090-C Founders Blvd
Athens, GA 30606
(706)548-7070